FILED

**PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

Name  Crane          Richard          J
       (Last)         (First)        (Initial)

Prisoner Number  C-44519

Institutional Address  Salinas Valley State Prison, A3 #124

P.O. Box 105, Soledad, California 93960-1050

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

RICHARD JOSEPH CRANE,
(Enter the full name of plaintiff in this action.)

vs.

M.S. EVANS, Warden, et al.,

Salinas Valley State Prison

(Enter the full name of respondent(s) or jailor in this action)

Case No. C08 01813 JF
(To be provided by the clerk of court)

**PETITION FOR A WRIT**
**OF HABEAS CORPUS**

Read Comments Carefully Before Filling In

When and Where to File

You should file in the Northern District if you were convicted and sentenced in one of these counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma. You should also file in this district if you are challenging the manner in which your sentence is being executed, such as loss of good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).

If you are challenging your conviction or sentence and you were not convicted and sentenced in one of the above-named fifteen counties, your petition will likely be transferred to the United States District Court for the district in which the state court that convicted and sentenced you is located. If you are challenging the execution of your sentence and you are not in prison in one of these counties, your petition will likely be transferred to the district court for the district that includes the institution where you are confined. Habeas L.R. 2254-3(b).

PET. FOR WRIT OF HAB. CORPUS          - 1 -

1 | Who to Name as Respondent

2 | You must name the person in whose actual custody you are. This usually means the Warden or
3 | jailor. Do not name the State of California, a city, a county or the superior court of the county in which
4 | you are imprisoned or by whom you were convicted and sentenced. These are not proper
5 | respondents.

6 | If you are not presently in custody pursuant to the state judgment against which you seek relief
7 | but may be subject to such custody in the future (e.g., detainers), you must name the person in whose
8 | custody you are now and the Attorney General of the state in which the judgment you seek to attack
9 | was entered.

10 | **A. INFORMATION ABOUT YOUR CONVICTION AND SENTENCE**
11 | 1. What sentence are you challenging in this petition?
12 | (a) Name and location of court that imposed sentence (for example; Alameda
13 | County Superior Court, Oakland):
14 | __Monterey County Superior__       __240 Church St., Salinas, CA__
15 | Court                              Location
16 | (b) Case number, if known __HC 5479__
17 | (c) Date and terms of sentence __Denied, admin. habeas corpus__
18 | (d) Are you now in custody serving this term? (Custody means being in jail, on
19 | parole or probation, etc.)   Yes _X_   No ___
20 | Where?
21 | Name of Institution: __Salinas Valley State Prison__
22 | Address: __P.O. Box 1050/31625 Hwy. 101, Soledad, CA 93960__
23 | 2. For what crime were you given this sentence? (If your petition challenges a sentence for
24 | more than one crime, list each crime separately using Penal Code numbers if known. If you are
25 | challenging more than one sentence, you should file a different petition for each sentence.)
26 | __Murder in Second degree. Petitioner is appealing refusal to provide__
27 | __administrative review of Inmate Appeal concerning Salinas Valley State__
28 | __Prison denying petitioner outdoor exercise for years violating 8th Amend.__

PET. FOR WRIT OF HAB. CORPUS          - 2 -

| | | | | |
|---|---|---|---|---|
|1| 3. Did you have any of the following? | | | |
|2| | Arraignment: | Yes X | No ____ |
|3| | Preliminary Hearing: | Yes X | No ____ |
|4| | Motion to Suppress: | Yes N/A | No ____ |
|5| 4. How did you plead? | | | |
|6| | Guilty ____ Not Guilty X Nolo Contendere ____ | | |
|7| | Any other plea (specify) _____ | | |
|8| 5. If you went to trial, what kind of trial did you have? | | | |
|9| | Jury ____ Judge alone X Judge alone on a transcript ____ | | |
|10| 6. Did you testify at your trial? | | Yes X | No ____ |
|11| 7. Did you have an attorney at the following proceedings: | | | |
|12| | (a) Arraignment | Yes X | No ____ |
|13| | (b) Preliminary hearing | Yes X | No ____ |
|14| | (c) Time of plea | Yes N/A | No ____ |
|15| | (d) Trial | Yes X | No ____ |
|16| | (e) Sentencing | Yes X | No ____ |
|17| | (f) Appeal | Yes X | No ____ |
|18| | (g) Other post-conviction proceeding | Yes ____ | No X |
|19| 8. Did you appeal your conviction? | | Yes X | No ____ |
|20| | (a) If you did, to what court(s) did you appeal? | | |
|21| | Court of Appeal | Yes X | No ____ |
|22| | Year: 1984     Result: Affirmed | | |
|23| | Supreme Court of California | Yes X | No ____ |
|24| | Year: 1984     Result: Denied | | |
|25| | Any other court | Yes X | No ____ |
|26| | Year: 1990     Result: Denied | | |
|27| | | | |
|28| | (b) If you appealed, were the grounds the same as those that you are raising in this |

PET. FOR WRIT OF HAB. CORPUS           - 3 -

| | | | | |
|---|---|---|---|---|
| | | petition? | Yes ____ | No_X_ |
| (c) | | Was there an opinion? | Yes_X_ | No____ |
| (d) | | Did you seek permission to file a late appeal under Rule 31(a)? | | |
| | | | Yes ____ | No_X_ |

If you did, give the name of the court and the result:

_____Not applicable_____

_____

9. Other than appeals, have you previously filed any petitions, applications or motions with respect to this conviction in any court, state or federal? Yes_X_ No____

[Note: If you previously filed a petition for a writ of habeas corpus in federal court that challenged the same conviction you are challenging now and if that petition was denied or dismissed with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit for an order authorizing the district court to consider this petition. You may not file a second or subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit. 28 U.S.C. §§ 2244(b).]

    (a) If you sought relief in any proceeding other than an appeal, answer the following questions for each proceeding. Attach extra paper if you need more space.

        I. Name of Court: __Monterey County Superior Court__

        Type of Proceeding: __Habeas corpus (No. HC 5479.)__

        Grounds raised (Be brief but specific): (Same as herein stated):

        a. __PETITIONER WAS DENIED DUE PROCESS BY REFUSAL__

        b. __TO PROCESS ADMINISTRATIVE APPEAL; RESPONDENT__

        c. __IS CREATING A FAILURE TO EXHAUST DEFENSE TO__

        d. __DENY ACCESS TO THE COURT (See attached):__

        Result: __Denied__ Date of Result: __10/16/06__

        II. Name of Court: __Court of Appeal 6th Appellate District__

        Type of Proceeding: __Habeas corpus (No. H031746)__

        Grounds raised (Be brief but specific): --

| | | |
|---|---|---|
| | | a. PETITIONER WAS DENIED DUE PROCESS BY REFUSAL |
| | | b. TO PROCESS ADMINISTRATIVE APPEAL; RESPONDENT |
| | | c. IS CREATING A FAILURE TO EXHAUST DEFENSE TO |
| | | d. DENY ACCESS TO THE COURT (See attached): |
| | | Result: Denied          Date of Result: 07/30/07 |
| | III. | Name of Court: California Supreme Court |
| | | Type of Proceeding: Habeas corpus No. S155555 |
| | | Grounds raised (Be brief but specific): |
| | | a. PETITIONER WAS DENIED DUE PROCESS BY REFUSAL |
| | | b. TO PROCESS ADMINISTRATIVE APPEAL; RESPONDENT |
| | | c. IS CREATING A FAILURE TO EXHAUST DEFENSE TO |
| | | d. DENY ACCESS TOI THE COURT (See attached): |
| | | Result: Denied          Date of Result: 09/12/07 |
| | IV. | Name of Court: U.S. Northern District (No. C-0763-JF) |
| | | Type of Proceeding: Civil Rights (42 USC §1983) Pending |
| | | Grounds raised (Be brief but specific): |
| | | a. VIOLATION OF 8TH AMENDMENT RIGHT TO OUTDOOR |
| | | b. EXERCISE CRUEL AND UNUSUAL PUNISHMENT; 14TH |
| | | c. AMENDMENT VIOLATION BY SEGREGATED CONFINEMENT |
| | | d. DENYING EQUAL ACCESS BY SENSITIVE NEEDS INMATE |
| | | Result: Pending          Date of Result: Pending |
| (b) | Is any petition, appeal or other post-conviction proceeding now pending in any court? |
| | Yes  X     No ____ |
| | Name and location of court: Eleven pending court cases |

B. GROUNDS FOR RELIEF

State briefly every reason that you believe you are being confined unlawfully. Give facts to support each claim. For example, what legal right or privilege were you denied? What happened? Who made the error? Avoid legal arguments with numerous case citations. Attach extra paper if you

PET. FOR WRIT OF HAB. CORPUS          - 5 -

1 | need more space. Answer the same questions for each claim.

2 | [Note: You must present ALL your claims in your first federal habeas petition. Subsequent

3 | petitions may be dismissed without review on the merits. 28 U.S.C. §§ 2244(b); McCleskey v. Zant,

4 | 499 U.S. 467, 111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).]

Claim One: DENYING DUE PROCESS BY REFUSING TO PROCESS ADMINISTRATIVE APPEAL CONTESTING DENIAL OF ADEQUATE OUTDOOR EXERCISE 6TH, 14TH AMEND.

Supporting Facts: August 28, 2006, Appeal Officers T. Variz and E. Medina procedurally barred petitioner's CDC 602 Inmate Appeal based on a fabricated ruse to deny petitioner Due Process and Access to Court. 10/16/06, Superior Court denied habeas for failure to exhaust.

Claim Two: APPEAL COORDINATOR'S ARE CREATING A PROCEDURAL BAR TO CREATE A DEFENSE OF FAILURE TO EXHAUST, FOR M.S. EVANS, WARDEN, ON §1983

Supporting Facts: Following 10/16/06, denial by Superior Court petitioner filed a new CDC 602 on December 15, 2006, but it was again screened out by the Appeals Coordinator's. On June 15, 2007, they rejected another appeal of denial of outdoor exercise violating 8th Amendment.

Claim Three: _____

Supporting Facts: _____

If any of these grounds was not previously presented to any other court, state briefly which grounds were not presented and why:

Not applicable

PET. FOR WRIT OF HAB. CORPUS                - 6 -

1  List, by name and citation only, any cases that you think are close factually to yours so that they
2  are an example of the error you believe occurred in your case. Do not discuss the holding or reasoning
3  of these cases:
4  Miller v. Norris, 247 F.3d 736, 740 (8th Cir. 2001); Mitchell v. Horn, 318
5  F.3d 523, 529; Honig v. Doe, 484 U.S. 305, 326-27 (1988); Bounds v. Smith,
6  430 U.S. 817; Johnson v. Avery, 393 U.S. 483; Camp v. Brennan, 219 F.3d 279
7  Do you have an attorney for this petition?                    Yes____   No  x
8  If you do, give the name and address of your attorney:
9  _____Not applicable_____
10  WHEREFORE, petitioner prays that the Court grant petitioner relief to which s/he may be entitled in
11  this proceeding. I verify under penalty of perjury that the foregoing is true and correct.
12
13  Executed on  February 05, 2008                    [signature]
14                   Date                              Signature of Petitioner

(Rev. 6/02)

PET. FOR WRIT OF HAB. CORPUS            - 7 -

# EXHIBIT A

S155555

# IN THE SUPREME COURT OF CALIFORNIA

En Banc

In re RICHARD JOSEPH CRANE on Habeas Corpus

The petition for writ of habeas corpus is denied.

SUPREME COURT
**FILED**

SEP 1 2 2007

Frederick K. Ohlrich Clerk

_____
Deputy

_____
**GEORGE**
Chief Justice



Richard J. Crane, #C-44519
SALINAS VALLEY STATE PRISON
Fac. 'A' Bldg.#3, cell #124
P.O. BOX 1050
SOLEDAD
CALIF.  93960-1050

STATE PRISON
GENERATED MAIL

MAIL ONLY

CLERK OF THE COURT U.S. NORTHERN