FILED

08 APR -4 A 10: 04

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

ADR

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RICHARD JOSEPH CRANE,

    Plaintiff,

vs.

M.S. EVANS,

    Defendant.

CASE NO. C 08 01813 JF

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, __Richard Joseph Crane__, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: __None__        Net: __None__

Employer: __None__

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____ 2003   Prison job $22.00 approximately _____
5  _____
6  _____

7  2.  Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9    a.  Business, Profession or                    Yes ___ No _X_
10       self employment
11   b.  Income from stocks, bonds,                 Yes ___ No _X_
12       or royalties?
13   c.  Rent payments?                             Yes ___ No _X_
14   d.  Pensions, annuities, or                    Yes ___ No _X_
15       life insurance payments?
16   e.  Federal or State welfare payments,         Yes ___ No _X_
17       Social Security or other govern-
18       ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____ Not applicable _____
22  _____

23  3.  Are you married?                             Yes ___ No _X_
24  Spouse's Full Name: _____ None _____
25  Spouse's Place of Employment: ___ None _____
26  Spouse's Monthly Salary, Wages or Income:   Not applicable
27  Gross $____ N/A _____  Net $____ N/A _____
28  4.  a.  List amount you contribute to your spouse's support:$ ___ N/A ___

1  b.  List the persons other than your spouse who are dependent upon you for
2      support and indicate how much you contribute toward their support. (NOTE:
3      For minor children, list only their initials and ages. DO NOT INCLUDE
4      THEIR NAMES.).
5      _____None_____
6      _____

7  5.  Do you own or are you buying a home?        Yes ____ No _X__
8  Estimated Market Value: $__N/A_____ Amount of Mortgage: $__N/A_____

9  6.  Do you own an automobile?                    Yes ____ No _X__
10 Make __N/A_____ Year __N/A_____ Model __N/A_____
11 Is it financed? Yes _NA_ No _NA_ If so, Total due: $ __N/A_____
12 Monthly Payment: $ _N/A_____

13 7.  Do you have a bank account? Yes ____ No _X_ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____Not applicable_____
15 _____
16 Present balance(s): $ _____None_____
17 Do you own any cash? Yes ____ No _X_ Amount: $ ___N/A_____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.)  Yes ____ No _X__
20 _____

21 8.  What are your monthly expenses?
22 Rent: $ __None_____ Utilities: ____None_____
23 Food: $ __None_____ Clothing: ____None_____
24 Charge Accounts:  None
25 Name of Account  N/A     Monthly Payment  None     Total Owed on This Acct.
26 _____0_____ $ _____0_____ $ _____0_____
27 _____0_____ $ _____0_____ $ _____0_____
28 _____0_____ $ _____0_____ $ _____0_____ 9. Do

1  you have any other debts? (List current obligations, indicating amounts and to whom they are
2  payable. Do **not** include account numbers.)
3  Court fees for Informa Pauperis Status
4  _____
5  10.   Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes _X_   No ___
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  RICHARD JOSEPH CRANE vs. M.S. EVANS, U.S. Northern District of California,
10  Case No. C-07-0763 JF (PR). Pending
11       I consent to prison officials withdrawing from my trust account and paying to the court
12  the initial partial filing fee and all installment payments required by the court.
13       I declare under the penalty of perjury that the foregoing is true and correct and
14  understand that a false statement herein may result in the dismissal of my claims.
15
16  03/25/08                              [signature]
17     DATE                            SIGNATURE OF APPLICANT

```
REPORT ID: TS3030 .701                                                    REPORT DATE: 01/11/08
                                                                          PAGE NO:            1
                              CALIFORNIA DEPARTMENT OF CORRECTIONS
                                  SALINAS VALLEY STATE PRISON
                                 INMATE TRUST ACCOUNTING SYSTEM
                                  INMATE TRUST ACCOUNT STATEMENT

                          FOR THE PERIOD: OCT. 01, 2007 THRU JAN. 11, 2008

ACCOUNT NUMBER   : C44519                       BED/CELL NUMBER: FAB3T1000000124L
ACCOUNT NAME     : CRANE, RICHARD JOSEPH        ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                                     TRUST ACCOUNT ACTIVITY

              << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>


                                   CURRENT HOLDS IN EFFECT

    DATE       HOLD
   PLACED      CODE         DESCRIPTION                    COMMENT         HOLD AMOUNT
   ------      ----         -----------                    -------         -----------
                                                         1856 PPOST           13.75
 01/20/2006    H107     POSTAGE HOLD                     0148  COPY            0.50
 07/14/2006    H110     COPIES HOLD                      1566  COPY            1.80
 12/12/2007    H110     COPIES HOLD                      1654 LPOST            1.14
 12/24/2007    H109     LEGAL POSTAGE HOLD               1654 LPOST            1.31
 12/24/2007    H109     LEGAL POSTAGE HOLD               1654 LPOST            1.31
 12/24/2007    H109     LEGAL POSTAGE HOLD               1696 LCOPY            3.60
 01/02/2008    H118     LEGAL COPIES HOLD                1700 LPOST            0.97
 01/03/2008    H109     LEGAL POSTAGE HOLD               1700 LPOST            0.58
 01/03/2008    H109     LEGAL POSTAGE HOLD               1732 ENVEL            1.35
 01/04/2008    H109     LEGAL POSTAGE HOLD               1734 LCOPY            3.00
 01/04/2008    H118     LEGAL COPIES HOLD                1792 LPOST            0.75
 01/10/2008    H109     LEGAL POSTAGE HOLD               1792 LPOST            0.92
 01/10/2008    H109     LEGAL POSTAGE HOLD               1792 LPOST            0.97
 01/10/2008    H109     LEGAL POSTAGE HOLD               1792 LPOST            1.14
 01/10/2008    H109     LEGAL POSTAGE HOLD

                                    TRUST ACCOUNT SUMMARY

                                                                          TRANSACTIONS
  BEGINNING      TOTAL         TOTAL        CURRENT         HOLDS         TO BE POSTED
   BALANCE      DEPOSITS    WITHDRAWALS     BALANCE        BALANCE
  ---------     --------    -----------     -------        -------        ------------
     0.00         0.00          0.00          0.00          33.09              0.00

                                                                            CURRENT
                                                                           AVAILABLE
                                                                            BALANCE
                                                                           ---------
                                                                             33.09-
```