NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD J. CRANE,<br><br>　　　　　Petitioner,<br><br>　vs.<br><br>M.S. EVANS,<br><br>　　　　　Respondent. | No. C 08-1813 JF (PR)<br><br>JUDGMENT |

The Court has dismissed the instant petition for writ of habeas corpus without prejudice. A judgment of dismissal without prejudice is entered. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 4/8/08

*/s/ Jeremy Fogel*
JEREMY FOGEL
United States District Judge

Judgment
P:\pro-se\sj.jf\cr.08\Crane813jud

1